JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO MARTINEZ,<br>　　　　Petitioner,<br>　　v.<br>J. ROBERTSON,<br>　　　　Respondent. | CASE NO. 2:18-cv-4476-GW (SK)<br>**JUDGMENT** |

Pursuant to the Order Dismissing Petition, **IT IS ADJUDGED** that the petition for writ of habeas corpus and this action are dismissed.

DATED: March 22, 2019

_____
HON. GEORGE H. WU
U.S. DISTRICT JUDGE